UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JERRY OTIS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 2:18-cv-111 |
| ) | |
| v. ) | Judge Mattice |
| ) | Magistrate Judge Corker |
| TAH PIZZA, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## **ORDER**

In light of the Parties filing an unredacted copy of their settlement agreement and renewing their motion for Court approval of their settlement, the July 25th status conference is hereby **CANCELED**.

**SO ORDERED** this 19th day of July, 2019.

                                            */s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE