UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| JERRY OTIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 2:18-cv-111 |
| | ) | |
| v. | ) | Judge Mattice |
| | ) | Magistrate Judge Wyrick |
| TAH PIZZA, INC., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## **<u>JUDGMENT</u>**

The Honorable Harry S. Mattice, Jr., United States District Judge, having

dismissed this case,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is,

**DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 9th day of December, 2019.


                                        /s/ *John Medearis*
                                    _____
                                        John Medearis
                                        CLERK OF COURT